AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) Case: 1:21-mj-00073 |
| Emily Hernandez | ) Assigned to: Judge Robin M. Meriweather |
| ███████ | ) Assign Date: 1/15/2021 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 18 U.S.C. 1752(a)(1) | Knowingly Entering or Remaining in any Restricted Building or Grounds |
| 18 U.S.C. 1752(a)(2) | Disorderly Conduct which Impedes the Conduct of Government Business |
| 18 U.S.C. § 641 | Steal, sell, convey or dispose of any thing of value of the United States |
| 40 U.S.C. 5104(e)(2)(D) | Disruptive Conduct in the Capitol Buildings |
| 40 U.S.C. 5104(e)(2)(G) | Parading, Demonstrating, or Picketing in the Capitol Buildings |

This criminal complaint is based on these facts:

See attached statement of facts.

☑ Continued on the attached sheet.

*Complainant's signature*

Jorge Herrera, Special Agent, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
Telephone (specify reliable electronic means).

Date: 01/15/2021

*Judge's signature*

City and state: Washington, DC    Robin M. Meriweather, United States Magistrate Judge
*Printed name and title*