AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

United States of America
v.
Emily Hernandez

Defendant

)
)
)
)
)
)
)

Case: 1:21-mj-00073
Assigned to: Judge Robin M. Meriweather
Assign Date: 1/15/2021
Description: COMPLAINT W/ARREST WARRANT

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Emily Hernandez,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752 (a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority
18 U.S.C. 1752 (a)(2) - Disorderly Conduct when such Conduct Impedes the Orderly Conduct of Government Business

40 U.S.C. 5104(e)(2)(D) - Disruptive Conduct, Loud, Threatening, or Abusive Language in the Capitol Buildings
40 U.S.C. 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in the Capitol Buildings

40 U.S.C. 641, Steal, purloin, without authority, sell, convey or dispose of any thing of value of the United States

Date: 01/15/2021

Robin M. Meriweather
2021.01.15 16:18:46 -05'00'

*Issuing officer's signature*

City and state: Washington, DC

Robin M. Meriweather, U.S. Magistrate Judge

*Printed name and title*

---

**Return**

This warrant was received on *(date)* 01/18/2021, and the person was arrested on *(date)* 01/19/2021
at *(city and state)* St. Louis, MO.

Date: 01/19/2021

*Arresting officer's signature*

St. Douglas J. Hartman
*Printed name and title*