UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EMILY HERNANDEZ,<br><br>Defendant. | CRIMINAL NO.<br><br>MAGISTRATE NO. 21-mj-73<br><br>VIOLATION:<br><br>18 U.S.C. § 1752(a)(1)<br>(Entering and Remaining<br>in a Restricted Building or Grounds) |

## INFORMATION

The United States Attorney charges that:

## COUNT ONE

On or about January 6, 2021, in the District of Columbia, **EMILY HERNANDEZ**, did knowingly enter and remain in a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President was temporarily visiting, without lawful authority to do so.

(**Entering and Remaining in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(1))

MATTHEW GRAVES
United States Attorney
D.C. Bar No. 481052

*Jessica Arco /s/*
Jessica Arco
Trial Attorney – Detailee
D.C. Bar Number 1035204
U.S. Attorney's Office for the District of Columbia
555 4th Street NW
Washington, DC 20530
(202) 514-3204
Jessica.arco@usdoj.gov