Dear Judge Boasberg,

I've known Emily Hernandez for many years. She was in the same grade as our son at the rural R15 school grades kindergarten thru 8th grade. Their class didn't have over 30 kids, so we got to know many of the kid rather well. Then they went to high school and 2 years of local community college at the same schools.
Emily has been a friend of our son for many years and has been around our family many, many times. I would like to say that she is a very caring and kind person. And I don't think she would ever do anything to hurt anyone.
Haven't we all got caught up in a moment that we acted without thinking things completely through.
Whatever the outcome is from all of this, Emily will always be welcome at our house as we feel like she is a part of our family and is loved by many people that know her.

Thank you for your time,

Ed Tyree

Dear Honorable Judge James Boasberg,

    Emily is my sister and we were raised together. She is an outgoing, intelligent and compassionate person. All my children love her and enjoy all the time spent with her. They always want to know when "Aunt Emmy" is coming over. My sister has always had a busy schedule and she always makes time for them. Any time anyone has ever reached out for help she has always been there. Emily has always done well in school. After graduating high school she attended college to pursue her degree in Criminal Justice. I am proud of my sister because she worked hard to reach her goals and make a career for herself. I truly believe that my sister would never do anything intentionally to harm anyone or anything. That's not the person she is.

March 28, 2022

To whom it may concern,

      My name is Lisa Hernandez, I am Emily's Hernandez's mother.  I would like to share some things about my daughter.  First, I would like to tell you that she is a kind hearted and loving individual.  I know that she is not perfect by far and she has made her fair share of mistakes in her life.  She has made some wrong choices in her life and she deeply regrets them.  If she could go back in time to change her bad choices she would in a heartbeat.  She is aware of the consequences of the bad choices she has made and knows that she will have to face them head on.  She now wants to turn her bad decisions into something that will make a difference in helping others so they may make better choices than she did.  So that it may save them or maybe others around them the heartache of going through rocky roads.

      She also has learned the choices she makes effects everyone around her and not only her.  I strongly believe that the choices she made does not define her as a person.  No matter who you are or where you come from, we have all made bad choices in our lives and wish no matter how big or small they are we could go back and change them but we can't.  We learn from these choices and we go on with our lives and become better people.  We cannot live our lives on what if's.

      Emily has held a job since she has been old enough to work and has always been a dependable worker, a person that an employer could count on to do their job with no questions ask.  She is also a person that will help anyone out when they need help.  You can count on her to be there and she will giver her shirt off her back for someone who has nothing and do it in good spirits without any thought of what she will get in return.  Emily has also attended East Central College and acquired her Associates degree and was pursuing a Bachelor's degree in Criminal Justice.

      She finds happiness in simple things like spending time with our animals and loving on them.  She loves the outdoors and going on hikes or just simply hanging out outside.  She doesn't like people to judge others for what they have or don't have or where they come from.  She believes that all people should be treated fair.  She is also the type of person that is in the underdog's corner.  She would give up her seat up for her elders and hold the door open for someone before she would even enter a building.  She believes in the Lord above and ask for forgiveness.

      There is so much more I can say about Emily but there is not enough paper in this world for me to say everything I would like to say.  I love her with all my heart and I know in the end she will come out of this a better person than she was before.

Sincerely,

Lisa Hernandez

Dear Judge Boasberg,

Hello, my name is Nancy Tyree and I've known Emily Hernandez for about 14 years. I met her when she was in the same class as our son Wesley in the small rural school at Spring Bluff R15. As soon as I met her, I liked her.
She went on through high school and two years of college with our son. Emily spent a lot of time around our family and she has always been a true friend to Wesley.

There was always something special about Emily, she was different than most of the kids. Most kids would ignore parents or maybe not know what to say, not Emily. No matter where we were or what was going on she would have a smile on her face and come up to my husband and I and say "hi" or have a conversation. She became "my favorite" of our son's friends. Actually, I kind of felt like that from the time I met her, or like she was family.

She has always been polite and a joy to be around, someone that we knew we could trust. I've never known her to dislike anyone, she's always been a people person. If you need help, she is there. She has a big heart for kids and animals too, she loves spending time with them. Emily is and has always been a happy go lucky person and I feel like she would never do anything to intentionally hurt anyone or anything.

I feel like what happened at the Capitol went a lot further then she had ever intended. She knows it was wrong and she's not a spoiled girl thinking she can get out of this without any consequences at all. I just hope you will consider that Emily really isn't a bad person! Her character is not evil, she's truly a kind person.


Thank you for your time,
Nancy Tyree

Michelle North |

March 21, 2022

Honorable Judge James Boasberg:

I am writing this letter in regards to Emily Hernandez.  I have known Emily since 2015.  She has always been kind to me and has joined my family in past years on vacations and weekend trips.  She has a soft spot for animals and even gave my son our beloved black lab as a gift.  She has cheered on my sons at sports and band events and checks in with me from time to time just to say hello and see how I am doing.  It has been my observation she is a very hard worker.  I would describe her as a very loyal person.  She is someone who jumps in to problem solve and manages to save the day like when the boat engine got entangled and she literally jumped in the water and saved us from being stranded on Table Rock Lake.  The one that dives to the ground to catch the leash of the dog to keep him from being lost or injured.  Emily would give anyone her very last dollar.  This is the person I know.

Emily is interested in helping others and the recent event seems so out of character.  I have not known her to ever be involved with anything like this.

Sincerely,


Michelle North

To Honorable Judge James Boasberg,

    I have known Emily Hernandez for 3 years now and she has been an outstanding friend. She is more referred to as family with my family and me. I was both troubled and surprised to hear about her most recent case as she has always been a rather solid person. It is for this reason that I am honored to write this character letter for Ms. Emily Hernandez regarding this matter. I understand the seriousness of this matter however, hope the court will show some leniency.

    The moment I met Emily at our prior workplace, I knew we were going to be inseparable. She has always been supportive and the type of friend who will be there for you any time of day or night. Emily is a person of good moral character, who cares about the people around her, and makes sure she always strives to do the right thing in all situations. Meeting Emily has changed my life for the better and I'm forever grateful that she has been a part of it since. She goes out of her way to make sure that the people around her are happy and healthy. In our friendship, she has really been there for me.

    Emily is always goal driven and looking to make a difference in the world. She is determined to become an outstanding pupil for not only herself but for this society. She has shown herself to be an honest, hard-working, and personable individual. In the time I have known Emily, I have had the chance to witness many aspects of her personality and work ethic, all of which are extremely impressive. She is a tireless worker, dedicated to whatever job she is doing at the time, and always thinking about the next step.

    Emily is a wonderful member of our community and I highly recommend she become a naturalized citizen as soon as possible. I can tell when someone is being sincere in their desire to change, or to account for wrongdoing, and I am certain this is the case with my dear friend Emily.

Thank you for taking the time to read this letter.

Sincerely,

Teisha Trester

Dear Judge Boasberg,

I have known Emily Hernandez since elementary school and have been friends with her ever since. Through all of school I never had many friends, but Emily always seemed to be one of the few people that would be nice to me and others like me. To say she cares for anybody, and everybody would be an understatement. No matter where she is or who she talks to she always seems to be that friendly face everybody can approach and know she will accept them for who they are. She has always been like the sister I never had and that I can talk to about anything. She has helped me through many hard times, and she has helped many others in the same way. She has never talked down to me or treated me unfairly which I feel is an uncommon trait of most people today. She treats me like I am important and have value because she wants to and not because she feels she must so she can look like a good person. She is honest with me and others she talks to, she will point out flaws in others but not in the reason of hate but as to help them fix those flaws like a sibling would to help their other siblings. She compliments others on things they have achieved or done because she knows the person appreciates the recognition of something they have done and that they are proud of which goes back to what I said about how she makes people feel special. She does not do things of kindness to look good, but she does them because it is natural to her. From my personal experience I have always been interested in things that would seem "dumb" or "uninteresting" that no one would want to hear me talk about and would always be turned away from me because of the things I love to do but Emily is always excited to hear about the things I love and wants to know more about them. She has always been the person in my life with a big heart that wants to take care of the ones that are alone and have no one to lean on. To say I would have achieved what I have done so far in my life without her friendship would be a lie, she has helped me in more ways than she could imagine. Her being that person I know I can talk to for comfort and happiness has gotten me through some of the hardest times in my life and I know she will continue to be that person. There is not another person like Emily in the world and I wish there was with how much she has done for me and others. One of the things she has done that I have always looked up to was in high school she went to prom with a student that had some mental disabilities that no girl was going to go with. And when she talks about going to prom with him, she never talks about it in a negative way, she talks about how much fun she had and how happy she was to do that. It was one of those things where she wanted to make somebody feel special and important. And with how much my parents appreciate Emily for what she has done for me I couldn't imagine how much those parents appreciated what she did for their son. Please consider how much of a caring person Emily is and how much of a big heart she has and how what she has done was a mistake that she has been regretting ever since and will always regret. But no matter what the outcome is she will always be one of my closest friends and will always be the someone I look up to.

Thank you for your time,

Wesley Tyree